Since 2021, Applicant has also been and presently is a member of and in good standing with the US Patent and Trademark Office. Applicant's bar license number is 47578.

## Court Admissions

- U.S. Court of Appeals for the 9th Circuit –  03 March 2025

- U.S. Court of Appeals for the Federal Circuit – 28 November 2000

- U.S. District Court - Central District of California –  06 December 1999

- U.S. District Court - Eastern District of Michigan –  12 February 2016

- U.S. District Court - Eastern District of Texas –  20 May 2015

- U.S. District Court - Northern District of California –  08 March 2002

- U.S. District Court - Southern District of California –  19 February 2009

- U.S. Supreme Court –  03 April 2017